1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC DAVIS AND SERENA DAVIS, )<br><br>                    Plaintiffs, )<br>          v.                                         )<br>                                                        )<br>CITIBANK WEST, FSB, AND          )<br>CITIMORTGAGE, INC.,                     )<br>                                                        )<br>                    Defendants. )<br>                                                        )<br>_____ ) | Case No.: 10-CV-04477-LHK<br><br>ORDER DENYING AS MOOT<br>REQUEST TO CONTINUE CASE<br>MANAGEMENT CONFERENCE |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        On February 14, 2011, the Court issued a Clerk's Notice indicating that Defendant's motion to dismiss would be resolved without oral argument pursuant to Civil Local Rule 7-1(b).  The Court therefore vacated the motion hearing and case management conference previously set for February 24, 2011.  On February 17, 2011, Defendants filed a request to continue the initial case management conference that was scheduled for February 24, 2011.  Because the Court has already vacated the case management conference, Defendants' request is denied as moot.  If necessary, the Court will reschedule the case management conference in its order on Defendants' motion.

**IT IS SO ORDERED.**

Dated: February 22, 2011

_____
LUCY H. KOH
United States District Judge

1