1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC DAVIS and SERENA DAVIS,            ) | Case No.: 10-CV-04477-LHK |
|                                         ) | |
|                  Plaintiffs,            ) | |
|        v.                               ) | ORDER DISMISSING CASE |
|                                         ) | |
| CITIBANK WEST, FSB, AND                 ) | |
| CITIMORTGAGE, INC.,                     ) | |
|                                         ) | |
|                  Defendants.            ) | |

On March 24, 2011, the Court issued an Order dismissing Plaintiff's claims with leave to amend. The deadline for Plaintiffs to file a Second Amended Complaint (SAC) was 21 days from the March 24, 2011 Order, or April 14, 2011. As of today, April 19, 2011, no SAC has been filed. Accordingly, Plaintiffs' claims are hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: April 19, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-04477-LHK
ORDER DISMISSING CASE